IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SAM WESLEY GYPSON                                            PLAINTIFF

V.                          CASE NO. 2:14-CV-2085

S. RYAN NORRIS, Public Defender                      DEFENDANT

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 7) filed in this case on May 8, 2014, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**. The dismissal of this action constitutes a strike under 28 U.S.C. § 1983, and therefore, the Clerk of the Court is directed to place a §1915(g) strike on the case.

IT IS SO ORDERED on this 9th day of June, 2014.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE