IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SAM WESLEY GYPSON                                                                      PLAINTIFF

V.                              CASE NO. 2:14-CV-2085

S. RYAN NORRIS, Public Defender                                                        DEFENDANT

## JUDGMENT

For the reasons set forth in the Court's Order filed contemporaneously herewith, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED on this 9th day of June, 2014.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE